```
                                                    CLERK'S OFFICE U.S. DIST. COURT
                                                         AT ROANOKE, VA
                                                              FILED
```

IN THE UNITED STATES DISTRICT COURT       JUN 1 5 2006
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION                           JOHN F. CORCORAN, CLERK
                                           BY: _____
                                                 DEPUTY CLERK

| | |
|---|---|
| GREGORY A. RICHARDSON, ) | |
| ) | |
| Plaintiff, ) | Case No. 7:06CV00356 |
| ) | |
| v. ) | |
| ) | **ORDER** |
| UNKNOWN APPROPRIATE PARTIES, ) | |
| ) | By: James C. Turk |
| Defendants. ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that the plaintiff's motion to proceed in forma pauperis, shall be and hereby is, **DENIED**.

**IT IS FURTHER ORDERED** that the civil action be **DISMISSED without prejudice**.

The case is to be stricken from the active docket of this court. The Clerk is directed to send certified copies of this Order to all counsel of record and to the plaintiff: Gregory A. Richardson, Inmate No. 223152, Augusta Correctional Center, 1821 Erstaline Valley Road, Craigsville, Virginia 24430.

ENTER:　　This 15th day of June, 2006.

　　　　　　　　　　　　　　　　　　／s／ James C. Turk
　　　　　　　　　　　　　　　　　　James C. Turk
　　　　　　　　　　　　　　　　　　Senior United States District Judge

1